UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARLOS P. RAMOS and SOCORRO RAMOS, husband and wife, and HORTENCIA and VICTOR RAMOS,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF QUINCY,<br><br>        Defendant. | NO. CV-06-277-EFS<br><br>**ORDER OF DISMISSAL** |

By Stipulation filed May 23, 2008 (Ct. Rec. 29), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41.

Therefore, **IT IS ORDERED**:

1. The Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and **without costs** or fees awarded to any party;

2. All pending trial and hearing dates are stricken;

3. All pending motions are denied as moot; and

4. This file shall be closed.

ORDER * 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this 27th day of May 2008.

                        S/ Edward F. Shea
                         EDWARD F. SHEA
                    United States District Judge

Q:\Civil\2006\277.Stip.Dismiss.wpd

ORDER * 2